112 So.2d 496

**Bill PARKER**

v.

**STATE.**

8 Div. 987.

Supreme Court of Alabama.

May 21, 1959.

MacDonald Gallion, Atty. Gen., and Jos. D. Phelps, Asst. Atty. Gen., for petitioner.

Noble J. Russell and Robt. Straub, Decatur, opposed.

STAKELY, Justice.

We concur in the conclusion reached by the Court of Appeals but do not wish to be understood as agreeing with all the statements of law contained in the opinion of that court.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

113 So.2d 188

**Fred William SMITH**

v.

**STATE.**

8 Div. 985.

Supreme Court of Alabama.

May 21, 1959.

Rehearing Denied June 25, 1959.

Howell T. Heflin, Tuscumbia, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

STAKELY, Justice.

We concur in the conclusion reached by the Court of Appeals but do not wish to be understood as agreeing with all the statements of law contained in the opinion of that court.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

115 So.2d 277

**Madison STRICKLAND**

v.

**STATE.**

5 Div. 723.

Supreme Court of Alabama.

Oct. 29, 1959.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for petitioner.

Walker & Walker, Opelika, and R. C. Wallace, LaFayette, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Strickland v. State, 115 So.2d 273.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and MERRILL, JJ., concur.